U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 16 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JACQUELINE BENJAMIN,
JONATHAN BENJAMIN,
GREGORY TRIM AND
TERRENCE BROWN,
individually and on behalf of
a class of persons

CIVIL ACTION NO. 6:11-cv-01819

VERSUS

JUDGE WALTER

MULTI-CHEM GROUP, L.L.C.

MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the action is **DISMISSED WITHOUT PREJUDICE**, consistent with the report and recommendation.

Lafayette, Louisiana, this 13 day of August, 2012.

Donald E. Walter
United States District Judge